**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

 **v.**            Case No. 12-cr-27-PB

**Kevin Thurlow**

**O R D E R**

  The defendant has moved through counsel to continue the trial scheduled for May 1, 2012, citing the need for additional time to complete discovery, file pretrial motions which may require a hearing, and prepare for trial.  The government does not object to a continuance of the trial date.

  Accordingly, for the above reason and to allow time for the parties to properly prepare for trial, the court will continue the trial from  May 1, 2012 to August 21, 2012.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 23, 2012 final pretrial conference is continued to July 31, 2012 at 3:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 20, 2012

cc: Jonathan Saxe, Esq.
    Helen Fitzgibbon, AUSA
    United States Probation
    United States Marshal